

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00351-CV

**IN RE** Michael **COATS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: June 19, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On May 24, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI16108, styled *Michael Coats v. San Antonio Independent School Dist. and Krista Hays, Official Capacity*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.